IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) CASE NO. CR407-230 |
| WANDA BATTLE, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

In this Court's June 18, 2008 Order, this Court extended Defendant Wanda Battle's voluntary surrender date pending a review of Defendant's medical record and designation of an appropriate institution. (Doc. 47.) On September 26, 2008, this Court was notified by the Marshal's Service that Defendant has been re-designated to serve her 40 month term of imprisonment at the Federal Medical Center in Carswell, Texas. Accordingly, Defendant Wanda Battle is **ORDERED** to voluntarily surrender to the Federal Medical Center in Carswell, Texas on **Wednesday, October 29, 2008, at 2:00 PM**, so that she may serve her sentence.

SO ORDERED this 29th day of September, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA