IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | )<br>) CASE NO. CR407-230 |
| WANDA BATTLE, | )<br>) |
| Defendant. | )<br>) |

## O R D E R

Before the Court is Defendant Wanda Battle's "Motion to Change Method by Which Balance of Sentence is Served." (Doc. 64.) Defendant requests that this Court allow Defendant to serve the remainder of her sentence in home confinement or a halfway house. After careful consideration, Defendant's Motion is **DENIED**.

SO ORDERED this 4th day of May, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA